| | |
|---|---|
| 1 | **EMARD, DANOFF, PORT & TAMULSKI, LLP** |
| | Wayne F. Emard (State Bar # 104398) |
| 2 | Katharine Essick (State Bar # 219426) |
| | 49 Stevenson Street, Suite 400 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 227-9455 |
| 4 | Facsimile: (415) 227-4255 |
| 5 | Attorneys for Defendants |
| | Lykes Lines Ltd., LLC and |
| 6 | Marine Personnel and Provisioning, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRY, | Case No. C 04 2560 EMC ARB |
| Plaintiff, | ANSWER OF DEFENDANTS LYKES LINES, LTD., LLC, AND MARINE PERSONNEL AND PROVISIONING, INC. TO SEAMAN'S COMPLAINT FOR PERSONAL INJURIES AND DAMAGES UNDER THE JONES ACT AND GENERAL MARITIME LAW |
| vs. | |
| LYKES LINES, LTD., LLC and MARINE TRANSPORT CORPORATION, | |
| Defendants. | |

LYKES LINES, LTD., LLC, and MARINE PERSONNEL AND PROVISIONING, INC., a division of MARINE TRANSPORT CORPORATION (erroneously named herein as Marine Transport Corporation), hereafter "Defendants," answers plaintiff's complaint for personal injuries and damages under the Jones Act and general maritime law.

1. Defendants admit the allegations of paragraph 1.

2. Defendants deny the allegations of paragraph 2, basing the denial on lack of information or knowledge sufficient to admit or deny the allegations thereof.

3. Defendants deny the allegations of paragraph 3, except admit and allege that at all times material herein, the LYKES MOTIVATOR was owned by LYKES LINES LTD., LLC.

///

EMARD, DANOFF, PORT & TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105
Tel.: (415) 227-9455
Fax: (415) 227-4255

4. Defendants deny the allegations of paragraph 4, except admit and allege that at all times material herein the plaintiff David Perry was a member of the crew of the LYKES MOTIVATOR, and that at all times material herein the plaintiff David Perry was employed by MARINE PERSONNEL AND PROVISIONING, INC.

5. Defendants deny the allegation of paragraph 5.

6. Defendants deny the allegations of paragraph 6, except admit and allege MARINE TRANSPORT CORPORATION is doing business in the Northern District of California.

7. To the extent that plaintiff incorporates paragraphs 1 through 6 into this claim for relief, Defendants incorporate their responses to those paragraphs here.

8. Defendants deny the allegations of paragraph 8, except admit and allege that at all times material herein Garrick Slack was a member of the crew of the LYKES MOTIVATOR and he was involved in an altercation with Plaintiff on said vessel.

9. Defendants deny the allegations of paragraph 9.

10. Defendants deny the allegations of paragraph 10.

11. Defendants deny the allegations of paragraph 11.

12. Defendants deny the allegations of paragraph 12.

13. Defendants deny the allegations of paragraph 13.

14. To the extent that plaintiff incorporates paragraphs 1 through 13 into this claim for relief, Defendants incorporate their responses to those paragraphs here.

15. Defendants deny the allegations of paragraph 15.

## AFFIRMATIVE DEFENSES

As and for separate, distinct, and affirmative defenses to the complaint and to each and every cause of action thereof, Defendants, and each of them, allege:

## FIRST AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE to the complaint and each of its purported causes of action, United States alleges that plaintiff's

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105
Tel.: (415) 227-9455
Fax: (415) 227-4255

complaint and each cause of action and prayer for relief therein fail to state a cause of action against these answering Defendants upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE to the complaint and each of its purported causes of action, Defendants allege that plaintiff, his agents and doctors failed to exercise reasonable care in order to avoid loss and minimize resulting damage, such damages being expressly denied by these answering Defendants. The injuries and/or damages, if any, referred to in plaintiff's complaint were proximately caused or contributed to by plaintiff's own failure to exercise such care and mitigate damages.

### THIRD AFFIRMATIVE DEFENSE

AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE to the complaint and each of its purported causes of action, Defendants allege that they are entitled to restitution, an offset, or both from plaintiff for amounts paid to plaintiff by these answering Defendants for maintenance and cure, unearned wages and other sums for which these answering Defendants were not liable, erroneously tendered or for which plaintiff was compensated by a third party, including but not limited to payments received by plaintiff under his union health & welfare plan and wages paid by other employers.

### FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE to the complaint and each of its purported causes of action, Defendants allege that the injuries and/or damages, if any, referred to in plaintiff's complaint were proximately caused, in whole or in part, and contributed by the negligence on the part of plaintiff and that plaintiff failed to exercise ordinary care on plaintiff's own behalf prior to and at the time and place the incident referred to in the complaint on file herein.

### FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE to the complaint and each of its purported causes of action, Defendants allege that plaintiff's injuries

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105
Tel.: (415) 227-9455
Fax: (415) 227-4255

and/or damages, if any were caused entirely, or in part, by the negligence or fault of third persons or entities, including plaintiff's treating physicians and/or employers, and consequently this answering defendant is not liable therefore.  The proportionate degree of negligence or fault of each person or entity, whether parties to the action or not, should be determined and pro-rated or otherwise apportioned, and any judgment that might be entered against these answering Defendants should be reduced by that degree of fault to exist as to said other persons or entities.

### SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE to the complaint and each of its purported causes of action, Defendants allege that plaintiff's injuries and/or damages, if any, were caused entirely or in part by his own willful misconduct or intentional conduct, and this answering defendant is not liable in damages or maintenance and cure or both as a result of such conduct or misconduct.

WHEREFORE, Defendants pray for judgment in their favor, that plaintiff take nothing by his own complaint, and that the same be dismissed, that defendants be awarded costs of suit herein incurred, and for such other and further relief as the Court may deem proper.

DATED:  July 29, 2004                                     EMARD, DANOFF, PORT & TAMULSKI, LLP


By:_____/S/_____
          Wayne F. Emard
          Katharine Essick
          Attorneys for Defendant
          LYKES LINES, LTD., LLC and MARINE PERSONNEL AND PROVISIONING, INC.

EMARD, DANOFF, PORT & TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105
Tel.: (415) 227-9455
Fax: (415) 227-4255

- 4 -

Case No. C 04 2560 EMC ARB
ANSWER OF DEFENDANTS TO SEAMAN'S COMPLAINT
G:\21513.026\PLEADINGS\ANSWER.DOC